AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

JUN 1 2 2014

United States of America )
v. )
AHMAD 'UMAR AGHA )   Case No. 1:14-MJ-292
(a/k/a "THE PRO") )
FIRAS DARDAR )
(a/k/a "THE SHADOW") )   **UNDER SEAL**
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   September 2011 - January 2014   in the county of   Fairfax   in the
  Eastern   District of   Virginia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 371 | Conspiracy |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*
Patrick DiMauro, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   6/12/14

/s/Thomas Rawles Jones, Jr.
*Judge's signature*

City and state:   Alexandria, VA

The Honorable T. Rawles Jones, Jr.
U.S. Magistrate Judge
*Printed name and title*

Reviewed and Approved by AUSA Jay V. Prabhu